

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00858-CR

Evangelos **PAGONIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR6730
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

This appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 16, 2019.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court